THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS KANCAR, Appellant.

Submitted May 24, 1954; decided July 14, 1954.

*Harry G. Anderson* for appellant.

*Edward S. Silver, District Attorney (Aaron Nussbaum* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.